William H. Brown & Company, appellant, v. John F. Owens et al., appellees. Gen. No. 32,314.

Opinion filed May 2, 1928.
Heineman, Ronan & Langsett, for appellant. Chetlain, Meagher & Chetlain, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

Lewis A. Lawson, appellee, v. B. J. McShane, appellant. Gen. No. 32,323.

Opinion filed May 2, 1928.
William L. Hart, for appellant; William L. Hart and Joseph P. Brodie, of counsel. Frank L. Childs, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Swarts Brothers, appellee, v. Cort Theatre Company, appellant. Gen. No. 32,344.

Opinion filed May 2, 1928.
Paul R. Borland, for appellant. Louis Grollman, for appellee; Charles Harris, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

First Acceptance Corporation, appellee, v. Stewart Zeeh Motor Sales Company, appellant. Gen. No. 32,356.

Opinion filed May 2, 1928.
Klaas & Porter, for appellant; Louis Klaas, of counsel. Aronson & Aronson, for appellee; Arthur W. Coppin and Leo E. Aronson, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Eugene F. White, appellee, v. Chicago Acceptance Corporation, appellant. Gen. No. 32,380.

Opinion filed May 2, 1928.
Walter Cowburn, for appellant. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.